UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>LOGIC STAFFING LLC,<br><br>Defendant. | Case No.:<br><br>**COMPLAINT**<br><br>**JURY TRIAL DEMAND** |

### NATURE OF THE ACTION

This is an action under Title I of the Americans with Disabilities Act of 1990, as amended (ADA), and Title I of the Civil Rights Act of 1991, to correct unlawful employment practices on the basis of disability and to provide appropriate relief to Keysi Severino-Gomez who was adversely affected by such practices.  As alleged with greater particularity in the Statement of Claims below, Defendant, Logic Staffing LLC (Logic Staffing), violated the ADA by failing to hire Severino-Gomez, a deaf applicant, for a Production Assistant position because of his disability.

### JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to Section 107(a) of the

COMPLAINT
Page 1 of 6

U.S. EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

Americans with Disabilities Act of 1990 (ADA), 42 U.S.C. § 12117(a), which incorporates by reference Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e-5(f)(1) and (3), and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2. Venue is proper in the United States District Court for the Western District of Washington, because the alleged unlawful employment practices were committed in the State of Washington, City of Tacoma and in the County of Pierce.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the EEOC or Commission), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title I of the ADA, and is expressly authorized to bring this action by Section 107(a) of the ADA, 42 U.S.C. § 12117(a) (incorporating by reference, 42 U.S.C. §§ 706(f)(1) and (3) of Title VII, 42 U.S.C. §§ 2000e-5(f)(1) and (3)).

4. At all relevant times, Logic Staffing LLC (Defendant), has been a Washington State Limited Liability Company doing business in the State of Washington and has continuously had at least 15 employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce under Sections 101(5) and 101(7) of the ADA, 42 U.S.C. §§ 12111(5) and (7).

6. At all relevant times, Defendant has been a covered entity under Section 101(2) of the ADA, 42 U.S.C. §12111(2).

## ADMINISTRATIVE PROCEDURES

7. More than thirty days prior to the institution of this lawsuit, Keysi Severino-Gomez filed a charge of discrimination with the Commission alleging that Defendant discriminated against him in violation of the ADA.

8. By letter dated September 13, 2018, the Commission issued to Defendant a

COMPLAINT
Page 2 of 6

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

Determination finding reasonable cause to believe that Defendant violated the ADA and invited Defendant to join with the EEOC in informal methods of conciliation to endeavor to eliminate the discriminatory practices and provide appropriate relief.

9.  The EEOC communicated with Defendant to provide Defendant the opportunity to remedy the discriminatory practices described in the EEOC's Letter of Determination.

10. The EEOC was unable to secure from Defendant a conciliation agreement acceptable to the Commission.

11. By letter dated October 16, 2018, the EEOC issued to Defendant notice that efforts to conciliate were unsuccessful and that further conciliation efforts would be futile or non-productive.

12. All conditions precedent to the institution of this lawsuit have been fulfilled.

## STATEMENT OF CLAIMS

13. Since at least November 14, 2017, Defendant has engaged in unlawful employment practices in violation of Sections 102(a) and (b) of Title I of the ADA, 42 U.S.C. §§ 12112(a) and 12112(b).  Defendant discriminated against Charging Party Keysi Severino-Gomez when it failed to hire him because of his actual disability.

14. Severino-Gomez is Deaf.  He is substantially limited in the major life activities of hearing and communicating with others.

15. Severino-Gomez is disabled within the meaning of the ADA.  His physical impairment—deafness—is expressly identified as a disability in the ADA regulations.  29 C.F.R. §1630(2)(j)(3)(iii).

16. In November 2017, Severino-Gomez applied for a position with Defendant as a Production Associate.

17. The Production Associate position offered by Defendant did not require any experience.  The job entailed picking and sorting items for customer orders and then labeling and packaging them.  The job site is in a warehouse.

COMPLAINT
Page 3 of 6

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

18. Severino-Gomez applied online for the Production Associate position.

19. Severino-Gomez was qualified for the Production Associate position.  Although no prior experience was necessary, at the time of his application for the Production Associate position, he had experience performing warehouse work similar to the duties of the position.

20. Severino-Gomez is a qualified individual with a disability who, under Sections 3 and 101(8) of the ADA, 42 U.S.C. §§ 12102 and 12111(8), could have performed the essential functions of the Production Associate position with or without reasonable accommodation.

21. On or about November 14, 2017, Defendant's Staffing Coordinator unsuccessfully attempted to reach Severino-Gomez to conduct a pre-screen interview for the Production Associate Position; she left a message for him to return her call.  Severino-Gomez returned the call the same day using a Video Relay Service (VRS).

22. VRS is a service that provides an American Sign Language (ASL) interpreter to interpret telephone conversations between audio callers and persons who are Deaf or hard of hearing. The interpreter communicates with the Deaf person using a video-display phone and relays the conversation between a "hearing" person on a telephone.

23. The Staffing Coordinator was not aware that Severino-Gomez is Deaf until he returned her call using VRS.  The Staffing Coordinator was confused as to why a third person was on the call.  Severino-Gomez informed her that he is Deaf and explained that the third person was an ASL interpreter.  In response, she repeatedly informed Severino-Gomez that he could not be hired due to safety reasons.  Severino-Gomez tried to explain that his deafness did not pose any safety risk and that he had experience performing similar duties in a warehouse setting.  She then asked Severino-Gomez to hold while she consulted with her manager.  When the Staffing Coordinator returned to the call she stated that the company did not hire people who are Deaf and abruptly ended the call.  Severino-Gomez attempted to call her back, but she would not take the VRS call.

24. Defendant failed to hire Severino-Gomez for the Production Associate position

COMPLAINT
Page 4 of 6

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

because of his disability in violation of Sections 102(a) and (b) of Title I of the ADA, 42 U.S.C. §§ 12112(a) and 12112(b).

25.     The effect of the practices complained of in paragraphs 13 through 24 above has been to deprive Keysi Severino-Gomez of equal employment opportunities and otherwise adversely affect his status as an applicant because of his disability.

26.     The unlawful employment practices complained of in paragraphs 13 through 24 above were intentional.

27.     The unlawful employment practices complained of in paragraphs 13 through 24 above were committed with malice or with reckless indifference to the federally protected rights of Keysi Severino-Gomez.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.     Grant a permanent injunction enjoining Defendant Logic Staffing LLC, its officers, servants, employees, attorneys, all persons in active concert or participation with it, and successors, from engaging in any employment practice that discriminates based on disability.

B.     Order Defendant Logic Staffing LLC to institute and carry out policies, practices, and programs which provide equal employment opportunities for qualified individuals with disabilities, and which eradicate the effects of its past and present unlawful employment practices.

C.     Order Defendant Logic Staffing LLC to make whole Keysi Severino-Gomez by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful practices, including but not limited to front pay.

D.     Order Defendant Logic Staffing LLC to make whole Keysi Severino-Gomez by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraphs 13 through 24 above, including job search and

COMPLAINT
Page 5 of 6

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

related expenses, in amounts to be determined at trial.

E. Order Defendant Logic Staffing LLC to make whole Keysi Severino-Gomez by providing compensation for past and future non-pecuniary losses resulting from the unlawful employment practices described in paragraphs 13 through 24 above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

F. Order Defendant Logic Staffing LLC to pay punitive damages for its malicious and reckless conduct, as described in paragraphs 13 through 24 above, in amounts to be determined at trial.

G. Grant such further relief as the Court deems necessary and proper in the public interest.

H. Award the Commission its costs in this action.

### JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by this Complaint.

Dated:  November 1, 2018

BY:  */s/ Roberta L. Steele*  
Roberta L. Steele  
Regional Attorney  
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION  
San Francisco District Office  
909 First Avenue, Suite 400  
Seattle, WA  98104-1061  
Telephone (415) 522-3150  
roberta.steele@eeoc.gov  

BY:  */s/ John F. Stanley*  
John F. Stanley  
Supervisory Trial Attorney  
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION  
Seattle Field Office  
909 First Avenue, Suite 400  
Seattle, WA  98104-1061  
Telephone (206) 220-6896  
john.stanley@eeoc.gov  

*Attorneys for Plaintiff*

COMPLAINT  
Page 6 of 6

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION  
909 First Avenue, Suite 400  
Seattle, Washington  98104-1061  
Telephone:  (206) 220-6883  
Facsimile:  (206) 220-6911  
TDD:  (206) 220-6882